IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mason Harris,

    Plaintiff,             :        Case No. 2:21-cv-1401

  -vs-                        Judge Sarah D. Morrison
                           Magistrate Judge Jolson

Ohio Adult Parole Authority, *et al.*,
                         :

    Defendants.

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on December 2, 2021. (ECF No. 14.) In that filing, the Magistrate Judge recommended that Plaintiff's Motion for Leave to Appeal *in forma pauperis* (ECF No. 13) be denied and that his appeal be treated as one not taken in good faith. The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 14), **DENIES** Plaintiff's Motion for Leave to Appeal (ECF No. 13), and holds that any appeal in this matter is not taken in good faith.

    **IT IS SO ORDERED.**

                                    /s/ Sarah D. Morrison
                                **SARAH D. MORRISON**
                                **UNITED STATES DISTRICT JUDGE**